Sam Sartipi, Esq. (SBN 035401)
**SARTIPI LAW, PLLC**
9221 E. Baseline Road, Suite 109 PB 425
Mesa, Arizona 85209
Tel: (602)341-3060
Sam@SartipiLaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL MYERS, an individual<br><br>Plaintiff,<br><br>v.<br><br>FUTURE MOTION, INC., a California Corporation,<br><br>Defendant. | Case No.:<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

Plaintiff, Michael Myers (hereinafter referred to as "Plaintiff"), by and through undersigned counsel, hereby submits the following Complaint and Demand for Jury Trial against Defendant Future Motion, Inc. (hereinafter referred to as "Defendant Future Motion," "Future Motion," or "Defendant") alleges the following upon personal knowledge and belief, and investigation of counsel:

## NATURE OF THE CASE

1.      Defendant designs, develops, manufactures, produces, distributes, markets, and sells a line of personal "riding machines" commonly referred to as "Onewheel(s)." The Onewheel is a self-balancing electric skateboard with a single wheel in the middle of the board, and front and rear footpads where the rider stands astride the wheel. There are several variations of the Onewheel, including, but not limited to, Onewheel, Onewheel+, Onewheel+ XR, Onewheel Pint, Onewheel Pint X, and Onewheel GT.

2.      The Onewheel is operated, controlled, and monitored in part by an application

1

SARTIPI LAW, PLLC
9221 E. Baseline Road, Suite 109 PB 425
Mesa, Arizona 85209
Telephone: (602)341-3060

("app") that users can download and install on their phones. The app allows users to customize their ride with what the company refers to as "Digital Shaping" and allows the user to monitor battery status, toggle the LED lights on the board, and track riding data.[1] Upon information and belief, the Onewheel application was also developed and designed by Defendant.

3. On or about July 29, 2022, Plaintiff was riding his Onewheel PintX, (the "Device"), when the Device suddenly and unexpectedly came to an abrupt halt, violently launching Plaintiff off the Device and onto the pavement (the "Incident").

4. As a direct result of the Incident, Plaintiff sustained, *inter alia*, a laceration over his left eye with swelling, a loss of consciousness, abrasions to his knees and elbow, and facial bone fractures.

5. On or about November 16, 2022, the Consumer Product Safety Commission issued a warning[2] urging consumers to stop using all Onewheel models which have been sold since 2013, including the OneWheel PintX Device at issue in this case.

6. The CPSC's investigation found that Onewheels can fail by either failing to balance the rider or by stopping suddenly while in motion, causing the rider to be suddenly and forcefully ejected from the product, which can result in serious injury or death to the rider; just as the Device did to Plaintiff in this case.[3]

7. The CPSC also stated that between 2019 and 2021, there were <u>at least four deaths</u> reported and multiple reports of serious injuries after the Onewheel product(s) failed to balance the rider or suddenly stopped while in motion.[4]

8. Despite the CPSC's findings and urgent warnings, Defendant *refused*[5] for nearly a year to agree to a recall of its Onewheel products, demonstrating a callous

---

[1] *See* https://onewheel.com/pages/using-the-app (last accessed July 22, 2024).
[2] See https://www.cpsc.gov/Newsroom/News-Releases/2023/CPSC-Warns-Consumers-to-StopUsing-Onewheel-Self-Balancing-Electric-Skateboards-Due-to-Ejection-Hazard-At-Least-FourDeaths-and-Multiple-Injuries-Reported. A Copy of the CPSC's Warning is attached hereto as **Exhibit A** and is incorporated by reference.
[3] *See id.*
[4] *See id.*
[5] *See id.*

2

SARTIPI LAW, PLLC
9221 E. Baseline Road, Suite 109 PB 425
Mesa, Arizona 85209
Telephone: (602)341-3060

disregard for the rights and safety of its consumers, including Plaintiff.

9.    Defendant manufactured its Onewheels with a defect that made them inherently dangerous.

10.    As a direct and proximate result of Defendant Future Motion's conduct, Plaintiff incurred significant and painful bodily injuries, medical expenses, physical pain, mental anguish, and diminished enjoyment of life.

11.    Consequently, Plaintiff brings this case as a direct and proximate result of the strict products liability and negligence of Defendant. Plaintiff also seeks an award of punitive damages for Defendant's deliberate disregard for the rights or safety of others.

### PLAINTIFF MICHAEL MYERS

12.    Plaintiff Michael Myers is a resident and citizen of the City of Tempe, County of Maricopa, State of Arizona. Plaintiff therefore is a resident and citizen of the State of Arizona for purposes of diversity pursuant to 28 U.S.C. § 1332.

13.    On or about July 29, 2022, Plaintiff was riding his Onewheel PintX when the Device suddenly and unexpectedly came to an abrupt halt, violently launching Plaintiff off the Device and onto the pavement (the "Incident"). As a direct result of the Incident, Plaintiff sustained, inter alia, a laceration over his left eye with swelling, a loss of consciousness, abrasions to his knees and elbow, and facial bone fractures.

### DEFENDANT FUTURE MOTION

14.    Defendant designs, develops, manufactures, produces, distributes, markets, and sells a line of personal electronic transportation devices called "Onewheel(s)," including, but not limited to, Onewheel, Onewheel+, Onewheel Pint, Onewheel+ XR, Onewheel GT, and the Onewheel Pint X model that is at issue in this case.

15.    Defendant is a corporation existing under the laws of Delaware with its principal place of business located at 1201 Shaffer Road, Suite A, Santa Cruz, CA 95060. Future Motion is a corporate citizen of Delaware and California. Defendant may be served

3

SARTIPI LAW, PLLC
9221 E. Baseline Road, Suite 109 PB 425
Mesa, Arizona 85209
Telephone: (602)341-3060

with process by servicing its registered agent, Registered Agent, Inc., 8 The Green, Suite A, Dover, Delaware 19901.

## JURISDICTION AND VENUE

16. This Court has subject matter jurisdiction over this case pursuant to diversity jurisdiction prescribed by 28 U.S.C. § 1332 because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and there is complete diversity between the parties.

17. This Court has personal jurisdiction over this case and Defendant in that Defendant regularly and persistently engaged in the business of marketing distributing, advertising, and/or selling Onewheels in the state of Arizona and for use by consumers in the State of Arizona, and has transacted and conducted business within the State of Arizona that relates to the allegations in this Complaint.

18. Defendant expected or should have expected its acts to have consequences within the State of Arizona and derived substantial revenue from interstate commerce related to Onewheels sold and used in the State of Arizona.

19. Defendant purposefully availed itself of the privilege of conducting activities within the State of Arizona, thus invoking the benefits and protections of its laws.

20. At all times relevant herein, Defendant conducted substantial business in Arizona and purposely availed itself of the privilege of doing business in Arizona by knowingly marketing, distributing, selling and shipping products, including Onewheels like the Subject Onewheel, into Arizona for sale to consumers in this state. Further, this action arises from Defendant conduct directed toward Arizona, arises from a tort committed in whole or in part within Arizona, relates to Defendant's regular and persistent manufacture, supply and sale of Onewheels, and resulted in injuries in Arizona. Therefore, personal jurisdiction is proper as to Defendant.

4

SARTIPI LAW, PLLC
9221 E. Baseline Road, Suite 109 PB 425
Mesa, Arizona 85209
Telephone: (602)341-3060

21.     Jurisdiction over Defendant is also proper under the due process provisions of the Arizona and United States constitutions. *See e.g. Ford Motor Co. v. Montana Eighth Jud. Dist. Ct.,* 141 S. Ct. 1017 (2021).

22.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because Plaintiff is a resident and citizen of the State of Arizona, was injured in the State of Arizona, and a substantial part of the events or omissions giving rise to the claim occurred in the State of Arizona.

23.     Venue is also proper in this Court pursuant to 28 U.S.C. § 1391 because Defendant has sufficient minimum contacts with the State of Arizona and intentionally availed itself of the markets within Arizona through the promotion, sale, marketing, and distribution of its products.

## FACTUAL BACKGROUND

24.     On or about July 29, 2022, Plaintiff was riding his Onewheel PintX when the Device suddenly and unexpectedly came to an abrupt halt, violently launching Plaintiff off the Device and onto the pavement (the "Incident"). As a direct result of the Incident, Plaintiff sustained, inter alia, a laceration over his left eye with swelling, a loss of consciousness, abrasions to his knees and elbow, and facial bone fractures.

25.     Defendant is engaged in the business of designing, developing, manufacturing, producing, distributing, marketing, and selling a line of personal "riding machines" commonly referred to as "Onewheel(s)." The Onewheel, which Defendant hails as a product that "bridge[s] recreation and transportation,"[6] is a self-balancing electric skateboard with a single wheel in the middle of the board, and front and rear footpads where the rider stands astride the wheel. There are several variations of the Onewheel including, but not limited to, the Onewheel Device that is at issue in this case.

---

[6] *See* https://onewheel.com/pages/about-us (last accessed January 22, 2024).

SARTIPI LAW, PLLC
9221 E. Baseline Road, Suite 109 PB 425
Mesa, Arizona 85209
Telephone: (602)341-3060

26.    Defendant touts its Onewheel as a revolutionary device, boasting that in designing the Onewheel, Future Motion Founder and CEO, Kyle Doerksen, had "created a riding experience so beautiful folks could hardly believe it" and that the Onewheel "has been helping to bring thousands of riders pure-joy moments ever since."[7] Defendant further claims that their mission "[a]ll comes down to creating vehicles from the future and riding them into the sunset with an ear-to-ear grin."[8] In reality, Defendant created a catastrophically dangerous product which leaves consumers far from grinning.

## A. The Onewheel's Faulty "Pushback" Feature

27.    On November 16, 2022, the Consumer Product Safety Commission ("CPSC") issued a warning telling consumers to immediately stop using all Onewheel models, including the Onewheel, Onewheel+, Onewheel Pint, Onewheel+ XR, Onewheel GT, and the Onewheel Pint X, which includes the subject of this present action.[9]

28.    The CPSC's investigation found the Onewheels products can cause the rider to be ejected from the product, which can result in serious injury or death to the rider; just as the Device did in this case.[10]

29.    In its report, the CPSC stated that between 2019 and 2021, there were ***at least four deaths*** reported and multiple reports of serious injuries after the product failed to balance the rider or suddenly stopped while in motion.[11]

30.    This failure occurs as a result of defects with one of the Onewheel's supposed safety processes, which Defendant calls "Pushback." On its website, Future Motion describes this purported "safety feature" as follows

> Pushback is a safety feature that lets the rider know they have reached the limits of the board and that they need to lean back and slow down. During Pushback, the nose of the board will lift gradually, signaling the rider to

[7] *See id.*
[8] *See id.*
[9] *See* Exhibit A.
[10] *See id.*
[11] *See id.*

shift their weight back to slow down. It is absolutely critical to rider safety that Pushback is always respected. Pushback is not an arbitrary speed limit that we have decided upon to hold you back. It defines the actual limit that the board can safely go based on a number of parameters including tire pressure, rider weight, terrain, speed, charge levels, etc.

. . .

You will also experience a Pushback warning when your Onewheel is running out of battery or in an overcharge situation (your board is charged to 100% and you go down hill, overcharging the battery). In these instances, it's important to lean back to slow down to a stop and then dismount the board.

*See* https://onewheel.com/pages/faq (last accessed January 22, 2024).

31.    A user may additionally experience Pushback based on an "error" state. In these scenarios, the user is meant to get off the board to determine the cause of the error. Often, the device needs to be restarted to clear the error state.

32.    Defendant asserts that the Onewheel will *only* nosedive – meaning the board will suddenly shut down and cause the rider to be ejected from the board – if the rider ignores or pushes through Pushback in one of the above-mentioned scenarios. However, in some cases, the Onewheel either unexpectedly shuts off during ordinary use or the Pushback notice is not noticeable to consumers, which can cause the nosedive. The result is that the Onewheel will suddenly stop, ejecting the rider off of the device and posing a serious risk of injury and death to consumers.

**B.    Defendant "Pushes Back" Against the Consumer Product Safety Commission**

33.    Despite the CPSC's findings and its appeals to Defendant, Defendant ***refused***[12] to agree to recall its Onewheels for nearly one year, demonstrating a callous disregard for the rights and safety of consumers, including Plaintiff.

34.    The CPSC was so concerned for consumer safety, that on November 16, 2022, Commissioner Trumka issued a public statement specifically addressing the CPSC

SARTIPI LAW, PLLC
9221 E. Baseline Road, Suite 109 PB 425
Mesa, Arizona 85209
Telephone: (602)341-3060

---

[12] *See id.*

7

advisory and Defendant's refusal to recall its deadly Onewheel skateboard. In the statement, Commissioner Trumka indicated that "CPSC asked Future Motion to stop selling the Onewheel and to advise its customers not to use this product. The company refused. Future Motion is ***unwilling to take appropriate action to fix a product hazard that has killed people***."[13]

35.   The Commissioner urged consumers to immediately cease all use of the Onewheels, advising the "[the Onewheels] ***are not worth dying for***."[14]

36.   Despite the CPSC's warnings and reports of ***at least* four deaths**, Defendant maintains that its Onewheels are safe, claiming that the product "is safe to ride and tens of thousands of riders enjoy riding Onewheel safely everyday…in fact, it's probably the easiest boardsport in the world."[15]

37.   Instead of recalling and issuing a stop sale on what is clearly an unreasonably dangerous product, Defendant not only doubled-down its claims of safety, but began accusing the CPSC of having ulterior motives for the recall and of trying to quash innovation. In a press release issued by Defendant on the day of CPSC warning, Defendant calls the CPSC warning – which was issued after four people died - "unjustified" and "alarmist."[16] The press release included multiple statements calling into question the CPSC's warning, a tactic which Future Motion has continued to use across social media outlets and on its podcast:

- "Yet the CPSC is *unjustifiably treating the Onewheel community very differently, and singling out the Onewheel because it is a new technology*."[17] (emphasis added)

- "While the content of the agency's recent press release is extraordinarily

SARTIPI LAW, PLLC
9221 E. Baseline Road, Suite 109 PB 425
Mesa, Arizona 85209
Telephone: (602)341-3060

---

[13]   *See*   https://www.cpsc.gov/About-CPSC/Commissioner/Richard-Trumka/Statement/Future-Motion-Refuses-to-Recall-Deadly-Onewheel-Skateboard. A copy of Commissioner Trumka's Statement is attached hereto as Exhibit B and is incorporated by reference.

[14] *See id.*

[15] *See* https://www.onewheel.com/pages/faq (last accessed January 22, 2024).

[16] *See* "Future Motion Responds to the CPSC's Unjustified and Alarmist Claims Regarding Onewheels," attached hereto as Exhibit C and incorporated by reference.

[17] *See id* at p. 2.

8

*disappointing and misleading . . .*"[18] (emphasis added)

- "We strongly disagree with the CPSC's unjustified and alarmist claims, and *we see no reason for riders to stop using their boards.*"[19] (emphasis added)

- "Why is this Onewheel specific? . . . Like why are they pointing at us? And the only thing I can think of, correct me if this is incorrect, but [this is] one of the only ones that is made in the United States. Does that have something to do with this? Yeah, that does have something to do with this because they know where to find us."[20]

- "Dear CPSC… we urge you to work with us to make this new sport as safe as possible *instead of suppressing this growing movement.*"[21]

- "…public rejection of the CPSC's *unwarranted attack on Onewheels press* may have been surprising to the agency…"[22]

38.    Defendant has also taken to the internet, podcasts, and social media to double-down on their claims of "safety," stating:

- "We built safety into our boards from our fist model and have made continual improvements in product safety over the next five generations we have brought to the market."[23]

- "Onewheels are a safe low-speed activity, especially when measured against other common forms of recreational transportation."[24] (emphasis added)

- "We know our boards are safe and our dedicated customers operate Onewheels

SARTIPI LAW, PLLC
9221 E. Baseline Road, Suite 109 PB 425
Mesa, Arizona 85209
Telephone: (602)341-3060

---

[18] *See id* at p. 3.

[19] *See id* at p. 1.

[20] Kyle Doerksen & Jack Mudd, What's Actually Happening With The CPSC?, The Onewheel Podcast (Nov. 23, 2022), *https://www.youtube.com/watch?v=u0togK17SIw&list=PLwHhGWG1Ijyv_16ptqZQTD_1M_a3C22Ko&index=5 at 36:20-37:00.*

[21] *See* @ Onewheel's Instagram post, dated November 16, 2022, *https://www.instagram.com/p/ClCSNuJyylo/?img_index=1  (last accessed July 26, 2024).*

[22] *See* "Onewheel Community Delivers over 4,000 Letters to CPSC Defending the Right to 'Let Us Ride!'," attached hereto as Exhibit D and incorporated by reference.

[23] *See* Exhibit C at p. 2.

[24] *See id.*

9

SARTIPI LAW, PLLC
9221 E. Baseline Road, Suite 109 PB 425
Mesa, Arizona 85209
Telephone: (602)341-3060

safely every day across the U.S. and worldwide."[25]

- "[t]he fact is: Onewheels are safe when operated following common-sense safe riding practices that are common to any boardsport. Onewheel boards are not defective."[26] (emphasis added)

- "On a per-mile and per-vehicle basis, Onewheels have lower rates of serious injury than these other popular motion products, all of which are capable of much higher speeds."[27]

- "This is twice as safe as riding a bicycle."[28]

- "It is more than ten times as safe as riding a motorcycle or ATV."[29]

- "All board and recreational sports carry inherent risk of crashes and injury, such as 'going over the bars' on a mountain bike or 'catching an edge' on a snowboard."[30]

39.     Defendant not only intentionally failed to take any action to recall or stop the sale of its Onewheels, but *it has purposefully gone out of their way to reassure consumers that its product is not defective*.

40.     Then, on September 29, 2023, nearly *one year* after the CPSC issued its first warning regarding the Onewheel, Defendant *finally* agreed to a joint recall of all Onewheel electric skateboards.[31] The recall, which applied to over 300,000 units, stated that the Onewheel "can stop balancing the rider if the boards' limits are exceeded, posing a crash hazard that can result in serious injury or death."[32]

---

[25] *See id* at p. 3.
[26] *See* Exhibit D at p. 3.
[27] *See* Exhibit C at p. 2.
[28] Kyle Doerksen & Jack Mudd, What's Actually Happening With The CPSC?, The Onewheel Podcast (Nov. 23, 2022), https://www.youtube.com/watch?v=u0togKI7SIw&list=PLwHhGWG1Ijyv_16ptqZQTD_1M_a3C22Ko&index=5 at 39:06 – 39:16.
[29] *See id* at 39:12 – 39:16.
[30] *See* Exhibit C at p. 2.
[31] See https://www.cpsc.gov/Recalls/2023/Future-Motion-Recalls-Onewheel-Self-Balancing-Electric-Skateboards-Due-to-Crash-Hazard-Four-Deaths-Reported. A Copy of the CPSC Recall dated September 29, 2023, is attached hereto as Exhibit E and is incorporated by reference.
[32] *See id.*

SARTIPI LAW, PLLC
9221 E. Baseline Road, Suite 109 PB 425
Mesa, Arizona 85209
Telephone: (602)341-3060

41.      Defendant and the CPSC reported receiving "dozens of reports of incidents involving the electric skateboards, including four reported deaths between 2019 and 2021 and injuries such as traumatic brain injury, concussion, paralysis, upper-body fractures, lower-body fractures and ligament damage."[33] Consumers were instructed to immediately stop using the Onewheel, and consumers with select models were asked to download or update the Onewheel app for firmware updates which purportedly "fix" the problem by installing a function called "Haptic Buzz" – a "tactile and audible warning system that provides the rider with a buzzing sensation and sound when nearing the limits of the board or when in low battery or error states."[34]

42.      By reason of the forgoing acts or omissions, Plaintiff used his Onewheel Device with the reasonable expectation that it was properly designed and manufactured, free from defects of any kind, and that it was safe for its intended, foreseeable use.

43.      Plaintiff used his Onewheel for its intended purpose as a recreational mode of transportation, and did so in a manner that was reasonable and foreseeable by Defendant.

44.      However, the aforementioned Onewheel was defectively designed and manufactured by Defendant as described above, placing the Plaintiff and similar consumers in grave danger.

45.      Further, Defendant's statements and representations about "safety" are not just misleading, they are flatly wrong, and put innocent consumers like Plaintiff directly in harm's way.

46.      Defendant knew or should have known that its Onewheels possessed defects that pose a serious safety risk to Plaintiff and the public. Nevertheless, Defendant continued to not only ignore and/or conceal its knowledge of these defects from the general public, but actively engaged in attempts to discredit CPSC warnings and to reassure the public that its products are actually safe. All the while, Defendant continues to generate a substantial

[33] *See id.*
[34] *See id.*

11

SARTIPI LAW, PLLC
9221 E. Baseline Road, Suite 109 PB 425
Mesa, Arizona 85209
Telephone: (602)341-3060

profit from the sale of its Onewheels, demonstrating a callous, reckless, willful, depraved indifference to the health, safety and welfare of Plaintiff and consumers like him.

47.      As a direct and proximate result of Defendant's intentional concealment of such defects, its failure to warn consumers of such defects, its negligent misrepresentations, its negligent design of its products, its failure to remove a product with such defects from the stream of commerce, its failure to stop the sale of dangerously defective products to consumers, its failure to heed CPSC warnings and requests, and its disparagement of the CPSC's investigation, Plaintiff used an unreasonably dangerous product, which resulted in significant and painful bodily injuries.

48.      Consequently, Plaintiff in this case seeks damages resulting from the use of Defendant's Onewheel Device as described above, which has caused Plaintiff to suffer from serious bodily injuries, medical expenses, physical pain, mental anguish, diminished enjoyment of life, and other damages.

## COUNT ONE
## Strict Liability

49.      All of the allegations contained within the paragraphs above and below are hereby incorporated by reference as if fully set out herein.

50.      At the time of Plaintiff's injuries, Defendant's Onewheel products were defective and unreasonably dangerous for use by foreseeable consumers, including Plaintiff

51.      Defendant's Onewheels were in the same of substantially similar condition as when they left the possession of Defendant.

52.      Plaintiff did not misuse or materially alter the Device at issue in this matter.

53.      Defendant's Onewheels did not perform as safely as an ordinary consumer would have expected them to perform when used in a reasonably foreseeable manner.

54.   A reasonable person would conclude that the possibility and risk of serious harm

12

SARTIPI LAW, PLLC
9221 E. Baseline Road, Suite 109 PB 425
Mesa, Arizona 85209
Telephone: (602)341-3060

outweigh the burden or cost of making the Onewheels safe. Specifically:

- The Onewheels designed, manufactured, sold, and supplied by Defendant were defectively designed and placed into the stream of commerce in a defective and unreasonably dangerous condition for consumers;

  - The seriousness and risk of severe injuries and death resulting from the Onewheels drastically outweigh any benefit that could be derived from the Onewheels' normal, intended use;

  - Defendant failed to properly market, design, manufacture, distribute, supply, and sell the Onewheels, despite having extensive knowledge that the aforementioned injuries could and did occur;

  - Defendant failed to warn and place adequate warnings and instructions on the Onewheels;

  - Defendant failed to issue a timely recall and/or stop the sale of its Onewheels after discovery of these serious and deadly defects; and

  - Defendant failed to market an economically feasible alternative design, despite the existence of economical, safer alternatives, that could have prevented Plaintiff's injuries and damages.

55.    Defendant's actions and omission were the direct and proximate cause of Plaintiff's injuries and damages.

56.    Despite the fact that Defendant knew or should have known of the aforementioned defects and the risks posed to consumers, Defendant continued to market its Onewheels to the general public (and continues to do so).

57.    Defendant's conduct, as described above, was extreme and outrageous. Defendant risked the safety and well-being of the consumers and users of its Onewheels, including Plaintiff, with the knowledge of the safety and efficacy problems and suppressed this knowledge from the public. Defendant made conscious decisions not to redesign, recall, issue a stop sale, warn or inform the unsuspecting consuming public. Defendant's

13

outrageous conduct warrants an award of punitive damages.

58.    Plaintiff demands judgment against Defendant for and punitive damages according to proof, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper

## COUNT TWO
## NEGLIGENCE

59.    All of the allegations contained within the paragraphs above and below are hereby incorporated by reference as if fully set out herein.

60.    Defendant had a duty of reasonable care to design, manufacture, market, and sell non-defective products that are reasonably safe for their intended uses by consumers, such as Plaintiff and his family.

61.    Defendant failed to exercise ordinary care in the manufacture, sale, warnings, quality assurance, quality control, distribution, advertising, promotion, sale, and marketing of its Onewheels in that Defendant knew or should have known that said Onewheels created a high risk of unreasonable harm to Plaintiff and consumers alike.

62.    Defendant was negligent in the design, manufacture, advertising, warning, marketing, and sale of its Onewheels in that, among other things, it:

- Failed to use due care in designing and manufacturing the Onewheels to avoid the aforementioned risks to individuals;

- Placed an unsafe product into the stream of commerce;

- Aggressively over-promoted and marketed its Onewheels through social media and other advertising outlets;

- Failed to timely recall and/or issue a stop sale of its Onewheels after being advised to do so by the CPSC; and

- Was otherwise careless or negligent.

63.    Despite the fact that Defendant knew or should have known of the

SARTIPI LAW, PLLC
9221 E. Baseline Road, Suite 109 PB 425
Mesa, Arizona 85209
Telephone: (602)341-3060

aforementioned defects and the risks posed to consumers, Defendant continued to market its Onewheels to the general public (and continues to do so).

64.    Defendant's conduct, as described above, was extreme and outrageous. Defendant risked the safety and well-being of its consumers and users of its Onewheels, including Plaintiff, with the knowledge of the safety and efficacy problems and suppressed this knowledge from the public. Defendant made conscious decisions not to redesign, recall, issue a stop sale, warn or inform the unsuspecting consuming public. Defendant's outrageous conduct warrants an award of punitive damages.

65.    Plaintiff demands judgment against Defendant for and punitive damages according to proof, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper.

## COUNT THREE
## BREACH OF EXPRESS WARANTY

66.    All of the allegations contained within the paragraphs above and below are hereby incorporated by reference as if fully set out herein.

67.    Defendant designed, tested, manufactured, packaged, labeled, sold, and/or placed into the stream of commerce the subject Onewheel, which was purchased for and used by Plaintiff.

68.    Plaintiff is a person who could reasonably be expected by Defendant to use, consume, or be affected by Defendant's Onewheels.

69.    The Onewheels were defective and unreasonably dangerous at the time they left the possession and control of Defendant, and they were expected to reach and did reach, Plaintiff in substantially the same condition as they were in at the time they were designed, tested, manufactured, packaged, labeled and sold, and/or otherwise placed into the stream of commerce by Defendant.

70.    Defendant expressly represented and warranted in its promotional literature

and social media that its Onewheels, including the subject Onewheel, were safe modes of transportation and came equipped with "safety" features.

71.     The failure of the Pushback "safety" feature breached Defendant's express warranties.

72.     Plaintiff's injuries were a direct and proximate result of the breach of express warranties by Defendant in that the Onewheels placed into the stream of commerce by Defendant Future Motion were defective and unsafe.

73.     Defendant's conduct, as described above, was extreme and outrageous. Defendant risked the safety and well-being of the consumers and users of its Onewheels, including Plaintiff, with the knowledge of the safety and efficacy problems and suppressed this knowledge from the public. Defendant made conscious decisions not to redesign, recall,  issue a stop sale, warn or inform the unsuspecting consuming public. Defendant's outrageous conduct warrants an award of punitive damages.

74.     Plaintiff demands judgment against Defendant for and punitive damages according to proof, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper.

## COUNT FOUR
## BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY

75.     All of the allegations contained within the paragraphs above and below are hereby incorporated by reference as if fully set out herein.

76.     Defendant designed, tested, manufactured, packaged, labeled, sold, and/or placed into the stream of commerce the subject Onewheel, which was purchased for and used by Plaintiff.

77.     Defendant holds itself out as a reputable designer, tester, manufacturer, packager, labeler, and seller of electric skateboards, including the subject Onewheel.

78.     Plaintiff is a person who could reasonably be expected by Defendant to use,

SARTIPI LAW, PLLC
9221 E. Baseline Road, Suite 109 PB 425
Mesa, Arizona 85209
Telephone: (602)341-3060

16

consume, or be affected by Defendant's Onewheels.

79.    Plaintiff reasonably relied on Defendant's reputation and representations in regards to the subject Onewheel and its safety and usage.

80.    Defendant did not disclose that the Onewheel, including the subject Onewheel, was unsafe due to the failure of Pushback feature.

81.    The Onewheels were defective and unreasonably dangerous at the time they left the possession and control of Defendant, and they were expected to reach and did reach, Plaintiff in substantially the same condition as they were in at the time they were designed, tested, manufactured, packaged, labeled, sold, and/or otherwise placed into the stream of commerce by Defendant.

82.    Plaintiff's injuries were a direct and proximate result of the breach of the implied warranty of merchantability by Defendant in that the Onewheel designed, tested, manufactured, packaged, labeled, sold, and/or not conform to the promises or affirmations of fact made by Defendant.

83.    The failure of the Device to function properly breached the implied warranty of merchantability.

84.    Defendant's conduct, as described as described above, was extreme and outrageous. Defendant risked the safety and well-being of the consumers and users of its Onewheels, including Plaintiff, with the knowledge of the safety and efficacy problems and suppressed this knowledge from the public. Defendant made conscious decisions not to redesign, recall, issue a stop sale, warn or inform the unsuspecting consuming public. Defendant's outrageous conduct warrants an award of punitive damages.

85.    Plaintiff demands judgment against Defendant for and punitive damages according to proof, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper.

SARTIPI LAW, PLLC
9221 E. Baseline Road, Suite 109 PB 425
Mesa, Arizona 85209
Telephone: (602)341-3060

17

## COUNT FIVE
## BREACH OF IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE

86.     All of the allegations contained within the paragraphs above and below are hereby incorporated by reference as if fully set out herein.

87.     Defendant manufactured, supplied, and sold its Onewheel electric skateboards with an implied warranty that they were fit for the particular purpose of safely riding for sport, recreation, and transportation.

88.     Members of the consuming public, including consumers such as Plaintiff, were the intended third-party beneficiaries of the warranty.

89.     Defendant's Onewheels were not fit for the particular purpose as a safe means of sport, recreation, and transportation, due to the unreasonable risks of bodily injury associated with their use.

90.     Plaintiff in this case reasonably relied on Defendant's representations that its Onewheels were a safe, fun, and effective mode or transportation.

91.     The Onewheels were defective and unreasonably dangerous at the time they left the possession and control of Defendant, and they were expected to reach and did reach, Plaintiff in substantially the same condition as they were in at the time they were designed, tested, manufactured, packaged, labeled, sold, and/or otherwise placed into the stream of commerce by Defendant.

92.     Plaintiff's injuries were a direct and proximate result of the breach of the implied warranty of fitness for a particular purpose by Defendant in that the Onewheel designed, tested, manufactured, packaged, labeled, sold, and/or otherwise placed into the stream of commerce by Defendant did not conform to the promises or affirmations of fact made by Defendant.

93.     The failure of the Device to function properly breached the implied warranty

SARTIPI LAW, PLLC
9221 E. Baseline Road, Suite 109 PB 425
Mesa, Arizona 85209
Telephone: (602)341-3060

of fitness for a particular purpose.

94.    Defendant's conduct, as described above, was extreme and outrageous. Defendant risked the safety and well-being of the consumers and users of its Onewheels, including Plaintiff, with the knowledge of the safety and efficacy problems and suppressed this knowledge from the public. Defendant made conscious decisions not to redesign, recall, issue a stop sale, warn or inform the unsuspecting consuming public. Defendant's outrageous conduct warrants an award of punitive damages.

95.    Plaintiff demands judgment against Defendant for and punitive damages according to proof, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper.

### COUNT SIX
### PUNITIVE DAMAGES

96.    All of the allegations of the allegations contained within the paragraphs above and below are hereby incorporated by reference as if fully set out herein.

97.    Defendant had a duty to refrain from willful and wanton acts, omissions and/or misconduct which would foreseeably expose Plaintiff to an unreasonable risk of serious harm and cause injury.

98.    Upon information and belief Defendant breached its duties and committed one or more of the following acts or omission amounting to willful and wanton misconduct, in that they acted with reckless disregard for the health, safety and well-being of the Plaintiff and others similarly situated by:

a. Having actual knowledge of the defective condition and/or hazards of the Onewheels, yet acting in a way that contributed to Plaintiffs' injuries for material gain;

b. Designing, manufacturing, selling, distributing, marketing, and/or otherwise placing into the stream of commerce the Onewheels which posed an unreasonable

SARTIPI LAW, PLLC
9221 E. Baseline Road, Suite 109 PB 425
Mesa, Arizona 85209
Telephone: (602)341-3060

risk injuring consumers, despite knowledge of the product's dangerous, defective condition;

c. Failing to provide any adequate warnings or hazard communications to users and consumers purchasing Onewheels;

d. Failing to disclose, and/or concealing, information in their respective possession concerning the risks to users and consumers that Onewheels present, as outlined above;

e. Refusing to timely redesign, recall, issue a stop sale, warn or inform the unsuspecting consuming public of the risks to users and consumers,

99.    Upon information and belief, as a direct and proximate result of one or more of the foregoing willful and wanton acts/and or omissions on the part of the Defendant, Plaintiff was exposed to the defective Onewheel, resulting in the injuries and damages described herein.

100.    An award of punitive damages is necessary and appropriate to punish Defendant for its willful, wanton and/or intentional misconduct and/or reckless disregard of a substantial unreasonable risk of significant harm to the health, safety, and well-being of Plaintiff and others and to deter said Defendant and others similarly situated from engaging in like misconduct in the future.

## INJURIES AND DAMAGES

101.    As a direct and proximate result of Defendant's negligence and wrongful conduct as described herein, Plaintiff has suffered and will continue to suffer physical and emotional injuries and damages, including past, present, and future physical and emotional pain and suffering as a result of the Incident that occurred on July 29, 2022. Plaintiff is entitled to recover damages from Defendant for these injuries in an amount to be proven at trial.

102.    As a direct and proximate result of Defendant's negligence and wrongful

SARTIPI LAW, PLLC
9221 E. Baseline Road, Suite 109 PB 425
Mesa, Arizona 85209
Telephone: (602)341-3060

SARTIPI LAW, PLLC
9221 E. Baseline Road, Suite 109 PB 425
Mesa, Arizona 85209
Telephone: (602)341-3060

misconduct as described herein, Plaintiff has incurred and will continue to incur the loss of full enjoyment of life and disfigurement as a result of the Incident that occurred on July 29, 2022. Plaintiff is entitled to recover damages for loss of the full enjoyment of life and disfigurement from Defendant in an amount to be proven at trial.

103.    As a direct and proximate cause of Defendant's negligence and wrongful misconduct as described herein, Plaintiff has and will continue to incur expenses for medical care and treatment, as well as other expenses due to the injuries he suffered as a result of the Incident that occurred on July 29, 2022. Plaintiff is entitled to recover damages from Defendant for his past, present, and future medical and other expenses in an amount which shall be proven at trial.

## DEMAND FOR JURY TRIAL

104.    Plaintiff hereby demands a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment against Defendant as follows:

A.    That Plaintiff has a trial by jury on all of the claims and issues in this matter;

B.    That judgment be entered in favor of Plaintiff and against Defendant, jointly and severable, on all of the claims and issues in this matter;

C.    That Plaintiff recover all damages against Defendant, general damages and special damages, including economic and non-economic, to compensate Plaintiff for the injuries and suffering sustained due to the use of Defendant's defective product;

D.    That all costs be taxed against Defendant;

E.    That Plaintiff be awarded attorneys' fees to the extent permissible under Ariz. Rev. Stat. § 12-341.04; and

F.    That this Court awards any other relief that it may deem equitable and just, or that may be available under the law of another forum to the extent the law of another forum is applied, including but not limited to all reliefs prayed for in this Complaint and the

21

foregoing Prayer for Relief.

**RESPECTFULLY SUBMITTED** this 29th day of July, 2024.

**SARTIPI LAW, PLLC**

By:    /s/ Sam Sartipi
       Sam Sartipi, Esq.
       9221 E. Baseline Road, Suite 109 PB 425
       Mesa, Arizona 85209
       *Attorney for Plaintiff*

**SARTIPI LAW, PLLC**
9221 E. Baseline Road, Suite 109 PB 425
Mesa, Arizona 85209
Telephone: (602)341-3060

# EXHIBIT A



United States
**CONSUMER PRODUCT
SAFETY COMMISSION**

# CPSC Warns Consumers to Stop Using Onewheel Self-Balancing Electric Skateboards Due to Ejection Hazard; At Least Four Deaths and Multiple Injuries Reported

**Release Date: November 16, 2022**



Onewheel (original)

Onewheel (original)

● ● ● ● ● ●

WASHINGTON, D.C. – The U.S. Consumer Product Safety Commission (CPSC) is warning consumers about the risk of death and serious injury with Future Motion's Onewheel self-balancing electric skateboards.  CPSC urges consumers to immediately stop using all Onewheel models (Onewheel, Onewheel+, Onewheel+ XR, Onewheel Pint, Onewheel Pint X, and Onewheel GT).

CPSC evaluated the Onewheel products and found that they can cause the rider to be ejected from the product, which can result in serious injury or death to the rider.  There have been at least four reported deaths between 2019 and 2021

and multiple reports of serious injuries after the product failed to balance the rider or suddenly stopped while in motion. The reported deaths resulted from head trauma. Reported injuries include traumatic brain injury, concussion, paralysis, upper-body fractures, lower-body fractures, and ligament damage.

The Onewheel products are self-balancing electric skateboards with a single wheel in the middle of the board and front and rear footpads where the rider stands astride the wheel. The brand (Onewheel) and model (e.g., Onewheel+, Pint, GT) appear on the side of the skateboard. The Onewheel logo is printed on the skateboard's wheel. The serial number can be found on the underside of the bottom of the skateboard rail.

The Onewheel products have been sold since 2014, online at www.onewheel.com and by authorized independent dealers nationwide. Current models are priced between $1050 and $2200.

Future Motion has refused to agree to an acceptable recall of the product. CPSC intends to continue pursuing a recall for consumers.

CPSC urges consumers not to buy the Onewheel. If you already own one or purchased one, do not use it due to the ejection hazard. Report incidents with the Onewheel and any dangerous product or a product-related injury on www.SaferProducts.gov.

CPSC urges consumers NOT to resell or donate the Onewheel so others are not put in danger by the hazard.

Under section 6(b) of the Consumer Product Safety Act, the CPSC is required to include with this press release any comments from the manufacturer or a summary thereof. The company objects to this press release. As summarized, the firm states that all Onewheel electric skateboards are safe when operated following basic safe riding principles common to any board sport. The firm sees no reason for riders to stop using their boards or new riders to not purchase one. The firm states that it always encourages riders to carefully educate themselves on how to use the board safely, ride within their abilities, and wear a helmet and other safety gear. The firm states that Onewheel users know that there are inherent risks in riding an electric skateboard, just as there are in any other board sport, or with riding an e-bike, electric scooter, ATV, or motorcycle. The firm states that safety is at the core of its business and that it has made continual improvements in product safety over the six generations of products it has in the market. The firm states that the overwhelming majority of Onewheel riders use the board the way it is supposed to be used, stay within their abilities, respect the board's operational limits, and follow local laws.

**Release Number**

**23-046**

**About the U.S. CPSC**

The U.S. Consumer Product Safety Commission (CPSC) is charged with protecting the public from unreasonable risk of injury or death associated with the use of thousands of types of consumer products. Deaths, injuries, and property damage from consumer product-related incidents cost the nation more than $1 trillion annually. CPSC's work to ensure the safety of consumer products has contributed to a decline in the rate of injuries associated with consumer products over the past 50 years.

Federal law prohibits any person from selling products subject to a Commission ordered recall or a voluntary recall undertaken in consultation with the CPSC.

**For lifesaving information:**

- Visit CPSC.gov.
- Sign up to receive our e-mail alerts.
- Follow us on Facebook, Instagram @USCPSC and Twitter @USCPSC.
- Report a dangerous product or a product-related injury on www.SaferProducts.gov.
- Call CPSC's Hotline at 800-638-2772 (TTY 301-595-7054).
- Contact a media specialist.

| Media Contact | Please use the below phone number for all media requests.<br>**Phone: (301) 504-7908**<br>**Spanish: (301) 504-7800**<br>View CPSC contacts for specific areas of expertise |
| --- | --- |

# EXHIBIT B



United States
CONSUMER PRODUCT
SAFETY COMMISSION

# Future Motion Refuses to Recall Deadly Onewheel Skateboard

20221114TrumkaOnewheelStatementFinal_0.pdf (146.36 KB)

November 16, 2022

Immediately stop using all Onewheel electric skateboards—they are not worth dying for.

Future Motion's Onewheel self-balancing electric skateboards can eject their riders, causing serious injury and death. At least four people have tragically died from traumatic head injuries.

CPSC asked Future Motion to stop selling the Onewheel and to advise its customers not to use this product. The company refused. Future Motion is unwilling to take appropriate action to fix a product hazard that has killed people.

CPSC had to take action and issue this warning to not buy or use this product.

Statement

Richard Trumka

# EXHIBIT C

# FUTURE MOTION RESPONDS TO THE CPSC'S UNJUSTIFIED AND ALARMIST CLAIMS REGARDING ONEWHEELS

NEWS PROVIDED BY
**Future Motion** ➡
Nov 16, 2022, 09:34 ET

*Company Reaffirms Onewheel Products Are Safe and that Inherent Risks Are Comparable to Other Board Sports and Recreational Products*

SANTA CRUZ, Calif., Nov. 16, 2022 /PRNewswire/ -- **Future Motion**, the California based small business that proudly designs and assembles Onewheel electric skateboards in the USA, today issued the following statement in response to the unjustified and alarmist statements by the Consumer Product Safety Commission (CPSC) regarding Onewheel products:

Onewheel electric skateboards are safe when operated following common-sense safe riding practices that are common to any board sport. We strongly disagree with the CPSC's unjustified and alarmist claims, and we see no reason for riders to stop using their boards. We go to great lengths to encourage riders to educate themselves on safety and the overwhelming majority of riders use the board safely, ride within their abilities, respect the board's safety systems, follow local laws, and wear a helmet and other safety gear. Onewheel riders are adults who know that there are inherent risks in riding an electric skateboard, just as there are in other board sports like snowboarding, or with riding an e-bike, electric scooter, ATV, or motorcycle.

Hundreds of thousands of Onewheel riders have safely ridden over 100 million miles on Onewheels worldwide since 2014. A large and growing community has emerged around Onewheels because of a rider's ability to ride on and off-road while feeling like snowboarding on powder. Rather than collaborate on how to further improve safety, the CPSC has unfortunately issued a sensational message about a product that brings joy and exhilaration to hundreds of thousands of Americans.

Safety is at the core of Future Motion's business. We built safety into our boards from our first model and have made continual improvements in product safety over the next five generations we have brought to the market. Every Onewheel is carefully assembled and individually tested in our California factory. In fact we are one of the only companies responsibly building our micromobility products in the USA.

Future Motion has evaluated a number of boards that the rider claims suddenly stopped, and in no

case have we found any underlying technical issue with the board. All of these boards performed as designed and were test ridden for many miles without any performance issues.

All board and recreational sports carry inherent risk of crashes and injury, such as "going over the bars" on a mountain bike or "catching an edge" on a snowboard. In addition to the safety protections built into the boards, we consistently communicate to riders the critical importance of wearing safety gear and riding within the abilities of the rider and the board. Safety equipment such as certified helmets and wrist-guards, rider education video content, and customer support are available at **www.onewheel.com**.

Onewheels are a safe low-speed activity, especially when measured against other common forms of recreational transportation. In 2020 bicycles were associated with more than 1,200 deaths, ATVs were associated with more than 650 deaths and motorcycles were associated with more than 5,500 deaths. On a per-mile and per-vehicle basis, Onewheels have lower rates of serious injury than these other popular motion products, all of which are also capable of much higher speeds.

The CPSC hasn't always taken this approach with the board riding community. During the rapid rise in both the popularity of and injuries associated with snowboarding in the 1990s, the CPSC **said**: "We all know that falling or 'wiping out' is inevitable. Snowboarders should take lessons to help them enjoy the sport and reduce the risk of injury." The CPSC attributed a massive spike in snowboarding injuries to the rising popularity of the sport and lack of instruction for novice snowboarders. Yet the CPSC is unjustifiably treating the Onewheel community very differently, and singling out the Onewheel because it is a new technology.

The rapid growth of micromobility, especially during the pandemic, caused more than 77,000 injuries and 48 deaths between 2017 and 2021 with e-scooters, e-bikes, and hoverboards, according to the CPSC. The agency has recognized the fall hazard inherent to hoverboards going back to 2015 and **addressed it then** by calling on riders to "always wear a proper helmet and padding." The CPSC's **response** to the recent increase in accidents within the growing micromobility products category has been to urge consumers to "use caution and safety" and provide basic safety information. Onewheel riders should be treated no differently.

When technical issues arise, Future Motion is more than willing to engage collaboratively with the CPSC, as we did earlier this year with a successful recall of the front footpad for the Onewheel GT. While the content of the agency's recent press release is extraordinarily disappointing and misleading, Future Motion will continue to work to enhance the CPSC's understanding of self-balancing vehicle technology and seek to collaborate with the agency to enhance rider safety.

The Onewheel community is a thriving and growing subculture, a source of positive mental health, an ideal "last mile" solution for commuters and students, and an environmentally beneficial electric vehicle that gets riders out in nature. We know our boards are safe and our dedicated customers operate Onewheels safely every day across the U.S. and worldwide.

**About Future Motion, Inc**

Founded in 2013, Future Motion is committed to designing and developing inspiring vehicles that include both elegant form and unprecedented function. Future Motion's products, Onewheel Pint, Pint X and Onewheel GT, exemplify its dedication to crafting products that bridge recreation and transportation. Future Motion designs not only the Onewheel product line but also all the subsystems that power it, including custom brushless motors, power electronics and battery modules. Onewheel, which provides a riding experience similar to surfing but on paved or unpaved trails, is perfectly situated in Santa Cruz where the mountains meet the sea. Its products are protected by over 70 issued patents in the U.S. and worldwide.

## PRESS CONTACTS

Jack Mudd jack@onewheel.com (650) 400-3123

KARV Communications OWmedia@karvcommunications.com (212) 333-0275

SOURCE Future Motion

# EXHIBIT D

# Onewheel Community Delivers Over 4,000 Letters to CPSC Defending the Right to "Let Us Ride!"

NEWS PROVIDED BY
**Future Motion** →
Nov 21, 2022, 18:37 ET

*Onewheel Riders' Letters Express Concern Regarding CPSC's Overreach Against Their Beloved Boards*

SANTA CRUZ, Calif., Nov. 21, 2022 /PRNewswire/ – **Future Motion**, the California based small business that proudly designs and assembles Onewheel electric skateboards in the USA, announced that the Onewheel rider community has written more than 4,000 letters to the CPSC, delivering them today to the agency headquarters just outside the nation's capital. The letters embody the enthusiastic and strong support for Future Motion and represent the considerable concerns of this community for the agency's recent unjust and alarmist public warning that urged board owners to stop riding their Onewheels and American adults not to purchase any version of the product.

"The ongoing and overwhelming public rejection of the CPSC's unwarranted attack on Onewheels press may have been surprising to the agency, but this reaction was not a surprise to our company or to the Onewheel community," said Kyle Doerksen, Founder and CEO of Future Motion. "These letters from Onewheel riders are very emotional as they extoll the joy, exhilaration, and freedom they experience from their boards. Future Motion takes great pride in our products. The fact is: Onewheels are safe when operated following common-sense safe riding practices that are common to any boardsport. Onewheel boards are not defective. There is inherent risk in any action sport, and that is something our riders knowingly accept and seek out."

Case 2:24-cv-01867-DMF    Document 1-1    Filed 07/29/24    Page 13 of 20

"Via letters and posts across social media, thousands of riders are saying how their boards have helped them overcome depression, live healthier lifestyles, enjoy more time outdoors, and forge new friendships and family connections. We thought it was critically important for the CPSC to hear directly from just a small portion of the hundreds of thousands of dedicated Onewheel customers who operate Onewheels safely every day," added Doerksen.

Javier Starks, a Washington, D.C. resident who delivered the 4,000+ letters to the CPSC headquarters on his Onewheel, said, "As an avid Onewheel rider, I can tell you firsthand that these boards are safe when used appropriately. I have personally ridden over 38,000 miles on my Onewheels. The decision made by the CPSC reflects the experiences of a select few. If this logic was used when assessing the safety of other vehicles, such as trains, planes and automobiles, they all would likely be classified as 'dangerous.' I believe that learning the personal experience of THOUSANDS will outweigh the experiences of a few. We believe the CPSC is run by people who have good intentions. These compelling stories in the form of heartfelt letters will hopefully change how the agency views Onewheel boards and the immense community of citizens like myself who rely on them for day-to-day transport and survival."

Despite the agency's unjustified and alarmist statements regarding Onewheels, Future Motion will continue attempting to collaborate with CPSC staff on common sense safety measures that even further enhance rider safety and allow the Onewheel movement to thrive.



Onewheeler Javier Starks preparing to deliver 4,000 letters to the CPSC in support of Onewheel



Onewheeler Javier Starks on his way to drop off 4,000 letters to the CPSC in support of Onewheel

## About Future Motion, Inc

Founded in 2013, Future Motion is committed to designing and developing inspiring vehicles that include both elegant form and unprecedented function. Future Motion's products, Onewheel Pint, Pint X and Onewheel GT, exemplify its dedication to crafting products that bridge recreation and transportation. Future Motion designs not only the Onewheel product line but also all the subsystems that power it, including custom brushless motors, power electronics and battery modules. Onewheel,

which provides a riding experience similar to surfing but on paved or unpaved trails, is perfectly

situated in Santa Cruz where the mountains meet the sea. Its products are protected by over 70 issued

patents in the U.S. and worldwide.

**PRESS CONTACTS**

Jack Mudd **jack@onewheel.com** (650) 400-3123

KARV Communications **OWmedia@karvcommunications.com** (212) 333-0275

SOURCE Future Motion

# EXHIBIT E



United States
**CONSUMER PRODUCT
SAFETY COMMISSION**

# Future Motion Recalls Onewheel Self-Balancing Electric Skateboards Due to Crash Hazard; Four Deaths Reported

### Onewheel (original)



Recalled Onewheel (original)

     

**Name of Product:**

Onewheel Electric Skateboards (all models)

**Hazard:**

The skateboards can stop balancing the rider if the boards' limits are exceeded, posing a crash hazard that can result in serious injury or death.

**Remedy:**

Refund

Repair

**Recall Date:**

September 29, 2023

**Units:**

300,000

---

## Consumer Contact

Future Motion online at https://recall.onewheel.com or at https://onewheel.com and click on "Recall" for more information or by phone at 800-283-7943 from 10 a.m. to 4 p.m. PT Monday through Friday.

# Recall Details

**Description:**

Washington, D.C. -- The U.S. Consumer Product Safety Commission (CPSC) and Future Motion Inc., of Santa Cruz, California, are announcing the recall of 300,000 Onewheel Self-Balancing Electric Skateboards. The skateboards can stop balancing the rider if the boards' limits are exceeded, posing a crash hazard that can result in serious injury or death.

Future Motion has received dozens of reports of incidents involving the electric skateboards, including four reported deaths between 2019 and 2021 and injuries such as traumatic brain injury, concussion, paralysis, upper-body fractures, lower-body fractures and ligament damage. The reported deaths resulted from head trauma and, in at least three of those incidents, the rider was not wearing a helmet. Future Motion and the CPSC encourage all riders to wear personal protective equipment while riding.

Consumers should immediately stop using the recalled Onewheel electric skateboards. Consumers with the Onewheel GT, Onewheel Pint X, Onewheel Pint, or Onewheel+ XR electric skateboards should download or update the Onewheel app, and use the app to update the firmware on their board to include Haptic Buzz alert functionality. Haptic Buzz is a tactile and audible warning system that provides the rider with a buzzing sensation and sound when nearing the limits of the board or when in low battery or error states. The firmware update for the Onewheel GT will be available within one week, with the firmware update for the Pint X, Pint, and XR launching within six weeks. Click here for more information on the firmware update timeline. Consumers with the Original Onewheel or Onewheel+ model should visit https://recall.onewheel.com to arrange for a pro-rated refund in the form of a store credit upon confirmation of disposal of the product.

This recall involves all models of Future Motion Onewheel self-balancing electric skateboards, including Onewheel (original), Onewheel+, Onewheel+ XR, Onewheel Pint, Onewheel Pint X and Onewheel GT. The model name is on the side of the skateboard. The Onewheel logo is printed on the rail of the skateboards.

The recalled Onewheel Electric Skateboards were sold online at www.onewheel.com and other websites and at independent shops nationwide from January 2014 through September 2023 for between $1,050 and $2,200.

The products were manufactured in the United States and distributed by Future Motion Inc., of Santa Cruz, California. Future Motion is contacting all known purchasers directly.

**Remedy:**

Consumers should immediately stop using the recalled Onewheel electric skateboards. Consumers with the Onewheel GT, Onewheel Pint X, Onewheel Pint, or Onewheel+ XR electric skateboards should download or update the Onewheel app, and use the app to update the firmware on their board to include Haptic Buzz alert functionality. Haptic Buzz is a tactile and audible warning system that provides the rider with a buzzing sensation and sound when nearing the limits of the board or when in low battery or error states. The firmware update for the Onewheel GT will be available within one week, with the firmware update for the Pint X, Pint, and XR launching within six weeks. Click here for more information on the firmware update timeline.

Consumers with the Original Onewheel or Onewheel+ model should visit https://recall.onewheel.com to arrange for a pro-rated refund in the form of a store credit upon confirmation of disposal of the product.

Incidents/Injuries:

Future Motion has received dozens of reports of incidents involving the electric skateboards, including four reported deaths between 2019 and 2021 and injuries such as traumatic brain injury, concussion, paralysis, upper-body fractures, lower-body fractures and ligament damage. The reported deaths resulted from head trauma and, in at least three of those incidents, the rider was not wearing a helmet. Future Motion and the CPSC encourage all riders to wear personal protective equipment while riding.

Sold At:

The recalled Onewheel Electric Skateboards were sold online at www.onewheel.com and other websites and at independent shops nationwide from January 2014 through September 2023 for between $1,050 and $2,200.

Manufacturer(s):

Future Motion Inc., of Santa Cruz, California

Manufactured In:

United States

Recall number:

23-299

Note: Individual Commissioners may have statements related to this topic. Please visit www.cpsc.gov/commissioners to search for statements related to this or other topics.

**Recall Complaint**

If you are experiencing issues with a recall remedy or believe a company is being non-responsive to your remedy request, please use this form and explain the situation to CPSC.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Michael Myers, an individual,

　　　　　　　Plaintiff,

vs.

Future Motion, Inc., a California corporation,

　　　　　　　Defendant.

Case No. CV 2:24-cv-01867-DMF

### CONSENT TO EXERCISE OF JURISDICTION BY
### UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c)(1), the undersigned (party)(counsel of record for Plaintiff Michael Myers ) in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgment, with direct review by the Ninth Circuit Court of Appeals if an appeal is filed.

Date: 08/07/2024

Sam Sartipi     Digitally signed by Sam Sartipi
Date: 2024.08.07 14:53:11 -07'00'

Signature

Sam Sartipi

Print Name

### DISTRICT JUDGE OPTION

Pursuant to Title 28, U.S.C. § 636(c)(2) the undersigned (party)(counsel of record for _____ _____ ) in the above captioned civil matter acknowledges the availability of a United States Magistrate Judge but elects to have this case randomly assigned to a United States District Judge.

Date: _____

Signature

Print Name

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Consent was served (by mail) (by hand delivery) on all parties of record in this case, this 7 day of August , 20 24 .

Sam Sartipi     Digitally signed by Sam Sartipi
Date: 2024.08.07 14:55:21 -07'00'

Signature

**\*\*E-file this form using the event Consent/Election Form LRCiv 3.7(b) under Other Documents\*\***

<span style="color:purple">25MAG,</span><span style="color:green">STD</span>

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:24-cv-01867-DMF

Myers v. Future Motion Incorporated
Assigned to: Magistrate Judge Deborah M Fine
Cause: 28:1332 Diversity-Product Liability

Date Filed: 07/29/2024
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Injury: Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Michael Myers**
*an individual*

represented by **Sam Sartipi**
Sartipi Law PLLC
9221 E Baseline Ave., Ste. 109, PB 425
Mesa, AZ 85209
602-341-3060
Email: Sam@SartipiLaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Future Motion Incorporated**
*a California Corporation*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/29/2024 | 1 | COMPLAINT. Filing fee received: $405.00, receipt number AAZDC-23295161 filed by Michael Myers. (submitted by Sam Sartipi) (Attachments: # 1 Exhibit A-E, # 2 Civil Cover Sheet)(REK) (Entered: 07/30/2024) |
| 07/29/2024 | 2 | SUMMONS Submitted by Michael Myers. (submitted by Sam Sartipi) (REK) (Entered: 07/30/2024) |
| 07/29/2024 | 3 | Filing fee paid, receipt number AAZDC-23295161. This case has been assigned to the Honorable Deborah M Fine. All future pleadings or documents should bear the correct case number: CV-24-01867-PHX-DMF. Magistrate Election form attached. (Attachments: # 1 Magistrate Consent Form)(REK) (Entered: 07/30/2024) |
| 07/30/2024 | 4 | Summons Issued as to Future Motion Incorporated. (REK). *** IMPORTANT: When printing the summons, select "Document and stamps" or "Document and comments" for the seal to appear on the document. (Entered: 07/30/2024) |
| 07/30/2024 | 5 | NOTICE TO FILER OF DEFICIENCY re: 1 Complaint filed by Michael Myers. Document not in compliance with LRCiv 7.1(a)(3) - Party names must be capitalized using proper upper and lower case type. ***No further action is required***. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (REK) (Entered: 07/30/2024) |

| 08/07/2024 | 7 | Agreement to Magistrate Judge Jurisdiction. Party agrees to Magistrate Judge Jurisdiction. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 08/08/2024) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 08/16/2024 10:15:12 | | |
| **PACER Login:** | treno100 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:24-cv-01867-DMF |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |